## 64839. FISHEL v. COLONIAL STORES, INC. et al.

POPE, Judge.

The issue raised by appellant in this appeal has been decided adversely to him in *Dept. of Transp. v. Delta Machine &c. Co.,* 162 Ga. App. 252 (1) (291 SE2d 104) (1982).

*Judgment affirmed. Deen, P. J., and Sognier, J., concur.*

DECIDED JANUARY 12, 1983 —
REHEARING DENIED JANUARY 27, 1983.

*Kran Riddle, Walter W. Ballew III,* for appellant.
*Malberry Smith, Jr.,* for appellees.